UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES RABON,

        Petitioner,

v.     Case No. 1:04-cv-477

KURT JONES,     Hon. Wendell A. Miles

        Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, James Rabon, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  On March 27, 2007, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that Petitioner's petition for writ of habeas corpus be denied.  Petitioner filed no objections to the R & R.

The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees with the reasoning and recommended disposition contained in the R & R.

Accordingly, the court ADOPTS the Magistrate Judge's Report & Recommendation (dkt. # 26), and DENIES the Petition for Writ of Habeas Corpus (dkt. # 1).

So ordered this 2nd day of May, 2007.

                                         /s/ Wendell A. Miles
                                         Wendell A. Miles
                                         Senior U.S. District Judge